JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

15-CV-3766

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

LIVE FACE ON WEB, LLC

**(b)** County of Residence of First Listed Plaintiff   BUCKS COUNTY, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LAW OFFICES OF JASON RABINOVICH, PLLC
1700 MARKET STREET, SUITE 1005
PHILADELPHIA, PA 19103

## DEFENDANTS

ECWM MEDIA, LLC, and
JOANN ALBERTI d/b/a ECWM MEDIA

County of Residence of First Listed Defendant   MONROE COUNTY, PA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
      Plaintiff

☒ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 2   U.S. Government
      Defendant

☐ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
      Proceeding

☐ 2   Removed from
      State Court

☐ 3   Remanded from
      Appellate Court

☐ 4   Reinstated or
      Reopened

☐ 5   Transferred from
      Another District
      *(specify)*

☐ 6   Multidistrict
      Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. 501, et. seq.

Brief description of cause:
COPYRIGHT INFRINGEMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE   See attached list

DOCKET NUMBER   See attached list

DATE
07/07/2015

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jason Rabinovich, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT              APPLYING IFP              JUDGE   JUL - 7 2015        MAG. JUDGE

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __1300 Industrial Blvd., Suite 212, Southampton, PA 18966__

Address of Defendant: __903 Penn Estates Dr, East Stroudsburg, PA 18301__     **15     3766**

Place of Accident, Incident or Transaction: __Southampton, PA__

*(Use Reverse Side For Additional Space)*

---

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐   No☒

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: __See attached list__   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☒   No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Copyright infringement__

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

---

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __Jason Rabinovich__, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __7/7/15__     __Jason Rabinovich, Esq__     __308167__
Attorney-at-Law     Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __7/7/15__     __Jason Rabinovich, Esq__     __308167__
Attorney-at-Law     Attorney I.D.#     **JUL - 7 2015**

CIV. 609 (5/2012)



## LIST OF RELATED CASES

*Live Face On Web, LLC v. Dean R. Baker et al.* (2:15-cv-00862-NIQA);

*Live Face On Web, LLC v. Brian Drutman d/b/a Precision Spine & Wellness Center* (8:15-cv-1128-33-VAC-MAP);

*Live Face On Web, LLC v. Expo Design, Inc.* (6:15-cv-729-CEM-KRS);

*Live Face On Web, LLC v. Expresscare Interactive, LLC* (Case No. 1:14-cv-01891-WDQ);

*Live Face On Web, LLC v. Extreme Gym Inc., et al* (2:15-cv-2836)

*Live Face On Web, LLC v. Florida State Realty Group, Inc.* (0:15-cv-60972);

*Live Face On Web, LLC v. Healthbridge Management Inc. et al* (2:15-cv-2835);

*Live Face On Web, LLC v. iCast Interactive, LLC, et al.* (Case No. 5:15-cv-00072-RH-GRJ);

*Live Face On Web, LLC v. Jackson & Joyce Family Dentistry, P.L.* (5:15-cv-00232-JSM-PRL);

*Live Face On Web, LLC v. Powell Broadcasting Company, LLC* (5:15-cv-00072-RS-GRJ);

*Live Face On Web, LLC v. David D. Rachimi d/b/a Pinpoint-Emarketing* (9:15-cv-80601-KAM)

*Live Face On Web, LLC v. Skin Pro International, Inc. and Timothy Schmidt* (15-cv-21475-KMW);

*Live Face On Web, LLC v. United California Discount Corporation* (Case No. 2:14-cv-06392-RSWL-PLA);


Respectfully submitted July 7, 2015.

By:___ /s/ Jason Rabinovich, Esq._____
Jason Rabinovich, Esq.
Law Offices of Jason Rabinovich, PLLC.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
JasonRabinovich@jasonrabinovichlaw.com
*Attorney for Plaintiff Live Face on Web LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC | : | CIVIL ACTION |
| v. | : | 15   3766 |
| ECWM MEDIA, LLC, | : | |
| JOANN ALBERTI, D/B/A ECWM MEDIA, | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (X)

| | | |
|---|---|---|
| 7/7/2015 | JASON RABINOVICH | PLAINTIFF |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 267-423-4130 | 610-862-3764 | JASONRABINOVICH@GMAIL.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JUL - 7 2015

$400



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIVE FACE ON WEB, LLC,**<br>a Pennsylvania company,<br><br>       **Plaintiff,**<br><br>**vs.**<br><br>**ECWM MEDIA, LLC,**<br>a Pennsylvania company,<br><br>**JOANN ALBERTI, D/B/A ECWM MEDIA,**<br>an individual,<br><br>       **Defendants.** | **15    3766**<br><br>Case No.: _____<br><br>**JURY TRIAL REQUESTED** |

## COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, files its Complaint against the Defendants listed above and alleges as follows:

## I.     THE PARTIES

1.     Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.     Upon information and belief, Defendant ECWM Media, LLC, a Pennsylvania company with a principal place of business at 903 Penn Estates East Stroudsburg PA 18301.

3.     Upon information and belief, Defendant JoAnn Alberti is a resident of the Commonwealth of Pennsylvania who registered and does business under the fictitious name ECWM Media and the owner and/or president of ECWM Media, LLC.

## II.    JURISDICTION AND VENUE

4.     This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     As fully set forth herein, Defendant ECWM Media, LLC and JoAnn Alberti (collectively Defendants) have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

6.     This Court has personal jurisdiction over the Defendants because the Defendants have conducted business in, and have had continuous and systematic contacts with the Commonwealth of Pennsylvania and this District.

7.      This Court has personal jurisdiction over [F] because, upon information and belief, she is a resident of Commonwealth of Pennsylvania who is conducting business in and having continuous and systematic contacts with the Commonwealth of Pennsylvania and this District.

8.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants are located in this District.

## III.   **PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY**

9.      LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

10.      The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

11.      The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust

the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

12.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

13.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

14.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and

loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

15.     Because the LFOW Software is written in JavaScript, it is possible to view the actual source code of the LFOW Software through a web browser. Anyone who accesses a website that has implemented the LFOW Software has access to the software. Additionally, any website visitor can download the LFOW Software and view it on virtually any text viewer or editor software (such as Word®, Notepad, etc.).

16.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

17.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

18.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit A1.

5

## IV.    DEFENDANTS' COPYRIGHT INFRINGEMENT

19.     Defendants own, and/or operate and/or control the websites www.blacklacemodeling.com,                    www.cloud9modeling.com, www.eyecandywebmodels.com ("Defendants' websites"). A copy of the HTML source code for the Defendants' websites is found at Exhibit B1-B3 (respectively).

20.     Defendants' websites advertises and promotes the products and/or services of Defendants.

21.     Upon information and belief, Defendants have used a web spokesperson video to promote Defendants' products and/or services.

22.     Upon information and belief, in order to display the web spokesperson video on Defendants' websites, Defendants used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

23.     Upon information and belief, Defendants have the right and ability to modify their own websites or to have their websites modified on Defendants' behalf.

24.     Upon information and belief, to implement the infringing version of the LFOW Software, the Defendants' website www.blacklacemodeling.com was modified by or on behalf of Defendants to include the following website source code and/or text, shown in Exhibit B1: http://tweople.com/client/multi_new.js.php?id=639

25.     This modification links the Defendants' websites to http://tweople.com/client/multi_new.js.php?id=639 (Exhibit C1), further linking to https://tweople.com/client/playerbase-multi.js and the file "playerbase-multi.js", an infringing version of the LFOW Software, which was stored for Defendants on the

webserver(s) for www.tweople.com. A copy of "playerbase-multi.js" is found at Exhibit D.

26.     Upon information and belief, to implement the infringing version of the LFOW Software, the Defendants' website www.cloud9modeling.com was modified by or on behalf of Defendants to include the following website source code and/or text, shown in Exhibit B2: http://tweople.com/client/multi_new.js.php?id=200

27.     This     modification     links     the     Defendants'     websites     to http://tweople.com/client/multi_new.js.php?id=200 (Exhibit C2), further linking to https://tweople.com/client/playerbase-multi.js and the file "playerbase-multi.js", an infringing version of the LFOW Software, which was stored for Defendants on the webserver(s) for www.tweople.com. A copy of "playerbase-multi.js" is found at Exhibit D.

28.     Upon information and belief, to implement the infringing version of the LFOW Software, the Defendants' website www.eyecandywebmodels.com was modified by or on behalf of Defendants to include the following website source code and/or text, shown in Exhibit B3: http://tweople.com/client/multi_new.js.php?id=86

29.     This     modification     links     the     Defendants'     websites     to http://tweople.com/client/multi_new.js.php?id=86 (Exhibit C3), further linking to https://tweople.com/client/playerbase-multi.js and the file "playerbase-multi.js", an infringing version of the LFOW Software, which was stored for Defendants on the webserver(s) for www.tweople.com. A copy of "playerbase-multi.js" is found at Exhibit D.

30.     As a result of the modification to the Defendants' websites referenced in Paragraphs 24-29 above, when a web browser retrieves a page from the Defendants' websites, a copy of the infringing version of the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants' websites is a new act of copyright infringement.

31.     The infringing version of the LFOW Software, shown at Exhibit D is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

32.     The web spokesperson video that launches on Defendants' websites is a result of Defendants' distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

33.     Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional

distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

34.     Defendants profit directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

35.     The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described below.

36.     Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

37.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' websites constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

38.     As the owner of registered copyright material in the LFOW Software, LFOW has an interest in protecting its rights against such intellectual property infringement.

39.     As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

40.     Upon information and belief, Defendants actively induced end users to visit their website(s), and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times.   The actual number can only be ascertained through discovery.

41.     Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendants' websites(s) and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their website(s).

42.     As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

43.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

44.     Where Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

## COUNT ONE

### Copyright Infringement

45.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

46.     Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

47.     LFOW is the owner of valid copyright registration TXu001610441.

48.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

49.     The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

50.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' websites to cause the copying, use and distribution of the infringing version of the LFOW Software.

51.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendants' infringement.

52.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

53.     Defendants profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own website(s) by capturing, holding, and prolonging the attention of the average online

11

visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

54. Because Defendants own, operate and/or control their website, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own website, but failed to do so.

55. Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

56. Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

57. Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

58. Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

59. Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

60. Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

61. Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a) Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b) Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c) Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d) A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' websites(s);

e) An award of damages against Defendants under §504;

f) An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

g) Such and other relief as the Court deems appropriate.

## **JURY DEMAND**

LFOW demands a jury trial on all issues so triable.

Dated: July 7, 2015.

Respectfully submitted,
**Law Offices of Jason Rabinovich, PLLC.**

By: ____ /s/ Jason Rabinovich, Esq.____
Jason Rabinovich, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764
JasonRabinovich@jasonrabinovichlaw.com

*Attorney for Plaintiff Live Face on Web LLC*

14

Exhibit A

**Additional Certificate (17 U.S.C. 706)**
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
## TXu 1-610-441

**Effective date of
registration:**
December 20, 2007

---

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** Live Face on Web, LLC
- **Author Created:** New text; chanefes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDion., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC
**Date:** December 13, 2007

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

Service Request #: 1-416818152

Registration #: TXU001610441

Exhibit A1

*TXu 1-610-441*

*COPY OF DEPOSIT*



```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
/////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////
////////////////////// User defined parameters and instructions //////////////////
/////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0; // In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example, LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presentation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presentation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

//////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////
//////////////////////  Do not change the parameters below  ////////////////////////
//////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                else if (window.attachEvent) window.attachEvent('onload', runLFOW);
        } catch(e) {
                showLFOW_Video();
            }
    } else {
        showLFOW_Video();
    }
}
function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                    lf_Position = 'err';
            } else {
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    if (lf_Position == 1) {
                        lfDiv.style.left = lf_OffSet_Left_Position;
                        lfDiv.style.top = lf_OffSet_Top_Position;
                    } else {
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                    }
                    lfDiv.style.height = lf_SWF_File_Height;
                    lfDiv.style.width = lf_SWF_File_Width;
                    lfDiv.style.visibility = 'visible';
                }
        } catch(e) {
                lf_Position = 'err';
            }
    }
    compileLFOW()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
        } else if (lf_Position == 2) {
            document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
            document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
                lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
                lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
                    }
                if ((lf_Position !== 1) && lf_Position !== 2) {
                    switch (arrNavInfo[0]) {
                        case 'ie':
                            window.onscroll = ScrollHnd;
                            window.onresize = ScrollHnd;
                            window.setInterval('ScrollHnd()', 30);
                        break;
                        case 'gek':
                            if (window.onscroll === undefined) {
                                window.setInterval('ScrollHnd()', 30);
                            } else {
                                window.onscroll = ScrollHnd;
                                window.onresize = ScrollHnd;
                            }
                        break;
                        case 'opr':
                            window.onscroll = ScrollHnd;
                            window.onresize = ScrollHnd;
                        break;
                        case 'kde':
                            window.onscroll = ScrollHnd;
                            window.onresize = ScrollHnd;
                        break;
                        case 'wtv':
                            if (window.onscroll === undefined) {
                                window.setInterval('ScrollHnd()', 30);
                            } else {
                                window.onscroll = ScrollHnd;
                                window.onresize = ScrollHnd;
                            }
                        break;
                    }
                    ScrollHnd();
                }
        }
        function ScrollHnd()
        {
            var divScroll;
            var wnd;
            var screenWd = 0;
            var screenHt = 0;
            var screenX = 0;
            var screenY = 0;
            var objDoc;
            var divLeft = 0;
            var divTop = 0;

            objDoc = document;
            wnd = window;

            if (objDoc.getElementById) {
                divScroll = objDoc.getElementById(divID);
                if (divScroll.style) {
```

```
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    } else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    } else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else    if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
        }
        if (( lf_Position_Dynamic % 2 ) == 0)
        {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        }
        if (( lf_Position_Dynamic < 3 ) == false)
        {
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        }
    }
    divScroll.left = divLeft + 'px';
    divScroll.top = divTop + 'px';
}
function compileLFOW()
{
    lfParamString = '?lfID=' + lf_ID
    lfParamString += '&cOMW=' + lf_cOMW
    if (lf_cOMURL == '') {
        lfParamString += '&cOMURL=http://www.livefaceonweb.com'
    } else {
        lfParamString += '&cOMURL=' + escape(lf_cOMURL)
    }
    lfParamString += '&cOMWP=' + lf_cOMWP
    lfParamString += '&tDLB=' + lf_tDLB
    lfParamString += '&tDLA=' + lf_tDLA
    lfParamString += '&fIE=' + lf_fIE
    lfParamString += '&fIET=' + lf_fIET
    lfParamString += '&fIEP=' + lf_fIEP
    lfParamString += '&fOE=' + lf_fOE
    lfParamString += '&fOET=' + lf_fOET
    lfParamString += '&pBBE=' + lf_pBBE
    lfParamString += '&pBBBOF=' + lf_pBBBOF
    lfParamString += '&pBAE=' + lf_pBAE
    lfParamString += '&pBAOF=' + lf_pBAOF
    lfParamString += '&rOTPE=' + lf_rOTPE
    if (lf_rOTPURL == '') {
        lfParamString += '&rOTPURL=none'
    } else {
        lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
    }
    lfParamString += '&sFRAME=' + lf_sFRAME
    if (lf_AffiliateID == '') {
        lfParamString += '&lfAffiliateID=none'
    } else {
        lfParamString += '&lfAffiliateID=' + lf_AffiliateID
    }
    if (document.location.href == '') {
        lfParamString += '&sURL_Site=none'
    } else {
        lfParamString += '&sURL_Site=' + escape(document.location.href);
    }
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

-9-

```
    lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```



0 025 139 365 5
LC COPYRIGHT

Exhibit B1

```
1  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
   "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
2  <html xmlns="http://www.w3.org/1999/xhtml">
3  <head>
4
5
6  <script type="text/javascript" src="/static/js/analytics.js"></script>
7  <script type="text/javascript">archive_analytics.values.server_name="wwwb-
   app2.us.archive.org";archive_analytics.values.server_ms=131;</script>
8  <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11 <meta http-equiv="Content-Type" content="text/html; charset=UTF-8" />
12 <title>Webcam Jobs - Webcam Models - Black Lace Modeling</title>
13 <meta name="DESCRIPTION" content= "Black Lace Modeling offers the highest paying webcam
   jobs. Become a webcam model with a webcam modeling job to start your webcam modeling career
   today."/>
14 <meta name="KEYWORDS" content="webcam jobs, webcam modeling, webcam modeling jobs, black
   lace modeling, webcam models, modeling agency, webcam model jobs, modeling, modeling jobs,
   internet modeling, stripper jobs, live chat jobs, become a webcam model, work from home,
   make extra money, internet modeling agency"/>
15 <meta name="google-site-verification" content="dJL-uxrShZqmmSApLnHAJdz2hM_mvGHByUAvk6NEtXQ"
   />
16 <meta name="msvalidate.01" content="7D98D5122BAF423321C560934D29E5B6" />
17 <meta name="ROBOTS" content="index, follow"/>
18 <meta name="REVISIT-AFTER" content="30 days"/>
19 <link href="styles.css" rel="stylesheet" type="text/css" />
20 <script type="text/javascript">
21 function MM_preloadImages() { //v3.0
22   var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
23     var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
24     if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
25 }
26
27 function MM_swapImgRestore() { //v3.0
28   var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
29 }
30
31 function MM_findObj(n, d) { //v4.01
32   var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
33     d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
34   if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
35   for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
36   if(!x && d.getElementById) x=d.getElementById(n); return x;
37 }
38
39 function MM_swapImage() { //v3.0
40   var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-
   2);i+=3)
41     if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src;
   x.src=a[i+2];}
42 }
43 </script>
44
45
46
47
48 <script type="text/javascript">
49
50   var _gaq = _gaq || [];
51   _gaq.push(['_setAccount', 'UA-40650433-1']);
```

```
52    _gaq.push(['_trackPageview']);
53
54    (function() {
55      var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
    true;
56      ga.src = ('https:' == document.location.protocol ? '/web/20130519151913/https://ssl' :
    '/web/20130519151913/http://www') + '.google-analytics.com/ga.js';
57      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
58    })();
59
60
61  </script>
62
63  <link rel="shortcut icon" href="images/favicon.ico" />
64  </head>
65
66  <body onload="MM_preloadImages('images/apply_button.png','images/signuptoday.png')">
67
68
69  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
70  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
71  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
72  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
73  <script type="text/javascript">//<![CDATA[
74  var __wm = (function(){
75  var wbPrefix = "/web/";
76  var wbCurrentUrl = "http://www.blacklacemodeling.com/";
77
78  var firstYear = 1996;
79  var imgWidth = 500,imgHeight = 27;
80  var yearImgWidth = 25,monthImgWidth = 2;
81  var displayDay = "19";
82  var displayMonth = "May";
83  var displayYear = "2013";
84  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
85  var $D=document,$=function(n){return document.getElementById(n)};
86  var trackerVal,curYear = -1,curMonth = -1;
87  var yearTracker,monthTracker;
88  function showTrackers(val) {
89    if (val===trackerVal) return;
90    var $ipp=$("wm-ipp");
91    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
92    if (val) {
93      $ipp.className="hi";
94    } else {
95      $ipp.className="";
96      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
97    }
98    yearTracker.style.display=val?"inline":"none";
99    monthTracker.style.display=val?"inline":"none";
100   trackerVal = val;
101 }
102 function getElementX2(obj) {
103   var $e=jQuery(obj);
104   return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
105     getElementX(obj):Math.round($e.offset().left);
106 }
107 function trackMouseMove(event,element) {
108   var eventX = getEventX(event);
109
```

```
109    var elementX = getElementX2(element);
110    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
111    var monthOff = xOff % yearImgWidth;
112
113    var year = Math.floor(xOff / yearImgWidth);
114    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
115    // 1 extra border pixel at the left edge of the year:
116    var month = (year * 12) + monthOfYear;
117    var day = monthOff % 2==1?15:1;
118    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
119      zeroPad(day,2) + "000000";
120
121    $("displayYearEl").innerHTML=year+firstYear;
122    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
123    // looks too jarring when it changes..
124    //$("displayDayEl").innerHTML=zeroPad(day,2);
125    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
126    $("wm-graph-anchor").href=url;
127
128    if(curYear != year) {
129      var yrOff = year * yearImgWidth;
130      yearTracker.style.left = yrOff + "px";
131      curYear = year;
132    }
133    if(curMonth != month) {
134      var mtOff = year + (month * monthImgWidth) + 1;
135      monthTracker.style.left = mtOff + "px";
136      curMonth = month;
137    }
138  }
139  function hideToolbar() {
140    $("wm-ipp").style.display="none";
141  }
142  function bootstrap() {
143    var $spk=$("wm-ipp-sparkline");
144    yearTracker=$D.createElement('div');
145    yearTracker.className='yt';
146    with(yearTracker.style){
147      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
148    }
149    monthTracker=$D.createElement('div');
150    monthTracker.className='mt';
151    with(monthTracker.style){
152      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
153    }
154    $spk.appendChild(yearTracker);
155    $spk.appendChild(monthTracker);
156
157    var $ipp=$("wm-ipp");
158    $ipp&&disclaimElement($ipp);
159  }
160  return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
161  })();//]]>
162  </script>
163  <style type="text/css">
164  body {
165    margin-top:0 !important;
166    padding-top:0 !important;
167    min-width:800px !important;
168  }
169
```

```
      </style>
170   <div id="wm-ipp" lang="en" style="display:none;">

172   <div style="position:fixed;left:0;top:0;width:100%!important">
173   <div id="wm-ipp-inside">
174      <table style="width:100%;"><tbody><tr>
175      <td id="wm-logo">
176         <a href="/web/" title="Wayback Machine home page"><img
      src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
      height="39" border="0" /></a>
177      </td>
178      <td class="c">
179         <table style="margin:0 auto;"><tbody><tr>
180         <td class="u" colspan="2">
181         <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
      id="wmtb"><input type="text" name="url" id="wmtbURL"
      value="http://www.blacklacemodeling.com/" style="width:400px;"
      onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
      <input type="hidden" name="date" value="20130519151913" /><input type="submit" value="Go"
      /><span id="wm_tb_options" style="display:block;"></span></form>
182         </td>
183         <td class="n" rowspan="2">
184            <table><tbody>
185            <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
186            <tr class="m">
187               <td class="b" nowrap="nowrap">

189                  <a href="/web/20130128185227/http://www.blacklacemodeling.com/"
      title="28 Jan 2013">JAN</a>

191               </td>
192               <td class="c" id="displayMonthEl" title="You are here: 15:19:13 May 19,
      2013">MAY</td>
193               <td class="f" nowrap="nowrap">

195                  <a href="/web/20130707013748/http://www.blacklacemodeling.com/?"
      title="7 Jul 2013"><strong>JUL</strong></a>

197               </td>
198            </tr>
199            <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
200            <tr class="d">
201               <td class="b" nowrap="nowrap">

203                  <a href="/web/20130128185227/http://www.blacklacemodeling.com/"
      title="18:52:27 Jan 28, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png"
      alt="Previous capture" width="14" height="16" border="0" /></a>

205               </td>
206               <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
      title="You are here: 15:19:13 May 19, 2013">19</td>
207               <td class="f" nowrap="nowrap">

209                  <a href="/web/20130520112243/http://blacklacemodeling.com/"
      title="11:22:43 May 20, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
      capture" width="14" height="16" border="0" /></a>

211               </td>
212            </tr>
213            <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
214            <tr class="y">
```

```
215            <td class="b" nowrap="nowrap">
216
217                2012
218
219            </td>
220            <td class="c" id="displayYearEl" title="You are here: 15:19:13 May 19,
     2013">2013</td>
221            <td class="f" nowrap="nowrap">
222
223                <a href="/web/20140817223329/http://www.blacklacemodeling.com/"
     title="17 Aug 2014"><strong>2014</strong></a>
224
225            </td>
226          </tr>
227          </tbody></table>
228        </td>
229        </tr>
230        <tr>
231        <td class="s">
232            <a class="t" href="/web/20130519151913*/http://www.blacklacemodeling.com/"
     title="See a list of every capture for this URL">17 captures</a>
233            <div class="r" title="Timespan for captures of this URL">14 Dec 12 - 13 Feb
     15</div>
234        </td>
235        <td class="k">
236        <a href="" id="wm-graph-anchor">
237        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
238          <img id="sparklineImgId" alt="sparklines"
                    onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
239
240                    onmousemove="__wm.mv(event,this)"
                    width="500"
241                    height="27"
242                    border="0"
243                    src="/web/jsp/graph.jsp?
244  graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
     000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
     00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
     :-1:000000000000_2009:-1:000000000000_2010:-1:000000000000_2011:-1:000000000000_2012:-1:000
     000000001_2013:4:200020232010_2014:-1:000010010001_2015:-1:010000000000" />
245        </div>
246        </a>
247        </td>
248        </tr></tbody></table>
249    </td>
250    <td class="r">
251        <a href="#close" onclick="__wm.h();return false;" style="background-
     image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
     toolbar">Close</a>
252        <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
253    </td>
254    </tr></tbody></table>
255 </div>
256 </div>
257 </div>
258 <script type="text/javascript">__wm.bt();</script>
259 <!-- END WAYBACK TOOLBAR INSERT -->
260
261        -
```

```
262          <div id="container">
263          <div id="header"><a href="/web/20130519151913/http://www.blacklacemodeling.com/">
     <img src="images/blacklace_header_2.jpg" width="1000" height="156" alt="black lace
     modeling" /></a><!--header fpo-->
264
265          </div><!--header-->
266
267          <div id="navbar"><a href="webcamjobs.html"><img src="images/nav/webcam.jpg"
     alt="webcam jobs" width="253" height="82" border="0" id="Image1"
     onmouseover="MM_swapImage('Image1','','images/nav/webcam_ro.jpg',1)"
     onmouseout="MM_swapImgRestore()" /></a><a href="modelguide.html"><img
     src="images/nav/model.jpg" alt="model guide" width="203" height="82" border="0" id="Image2"
     onmouseover="MM_swapImage('Image2','','images/nav/model_ro.jpg',1)"
     onmouseout="MM_swapImgRestore()" /></a><a href="equipment.html"><img
     src="images/nav/equip.jpg" alt="equipment needed" width="245" height="82" border="0"
     id="Image3" onmouseover="MM_swapImage('Image3','','images/nav/equip_ro.jpg',1)"
     onmouseout="MM_swapImgRestore()" /></a><a href="faq.html"><img src="images/nav/faq.jpg"
     alt="faq" width="92" height="82" border="0" id="Image4"
     onmouseover="MM_swapImage('Image4','','images/nav/faq_ro.jpg',1)"
     onmouseout="MM_swapImgRestore()" /></a><a href="contactus.html"><img
     src="images/nav/contact.jpg" alt="contact us" width="207" height="82" border="0"
     id="Image5" onmouseover="MM_swapImage('Image5','','images/nav/contact_ro.jpg',1)"
     onmouseout="MM_swapImgRestore()" /></a>
268
269          </div><!--navbar-->
270
271          <div id="lace"><img src="images/lace.jpg" width="1000" height="43" /></div><!--
     lace-->
272      <div id="content">
273          <div id="left">
274          <div class="center"><br />
275              <img src="images/premierwebcam.jpg" alt="premier adult modeling agency"
     name="prem" width="300" height="45" id="prem" /></div>
276          <br />
277          <img src="images/lace_horiz.jpg" width="297" height="204" /><br /><br />
278  <p>Work from home with Black Lace Modeling and make great money with your new webcam
     modeling job. We have the highest paying webcam jobs for females, males and couples. Your
     appearance and unique personality will determine your success as a webcam model. Become a
     webcam model today on the Web's largest webcam modeling video chat network. You can become
     a webcam model and start to make money working in as little as a few hours.</p> <br />
279      <p>If you are fun, flirty and interested in earning substantial amounts of money by
     joining our elite team of webcam models you are in the right place. Webcam modeling is a
     great way to make money and is very easy to get started. You can earn 3 to 5 times more
     than the average full time job. The best part is, anyone can be a webcam model. There is no
     experience necessary to start your new webcam modeling job.</p><br /><br />
280      <a href="modeling_job_signup.html"><img src="images/signuptodat_2.png" alt="sin up
     today!" width="283" height="55" id="Image8"
     onmouseovenr="MM_swapImage('Image8','','images/signuptoday.png',1)"
     onmouseout="MM_swapImgRestore()" /></a></div>
281          <!--closing left-->
282          <div id="right">
283          <br /><div class="center"></div>
284          <img src="images/boss.jpg" width="295" height="45" alt="be your own boss" /><br
     /> <br />
285          <img src="images/lace_horiz2.jpg" width="297" height="204" /><br /><br /><p>Here
     at Black Lace Modeling we give our webcam models the chance to be their own boss. You can
     work when you want and how much you want from the convenience of your own home. Webcam
     modeling jobs are 100% safe unlike other jobs like stripper jobs. We pride ourselves on
     being #1 and truly go above and beyond the competition. We charge absolutely no fees and
     provide you with your own personal executive to help you become a successful internet
     model. The possibilities and limitless when working as a webcam model. </p><br />
```

```
286  <p>Appearance is important for internet modeling jobs but that alone is not enough to be a
     top internet model. In fact the majority of our top earning webcam models are those who had
     no previous experience except learning through our support and training. Work with the
     biggest names in the entertainment business. One thing is for sure, you will make more
     money working with our modeling agency webcam modeling than you will make anywhere else as
     a webcam model. Personalized training with our experienced staff is available 24/7. </p>
287              <br /><br /></div><!--closing right-->

288
289              <div id="side"><br /><div class="center"><a href="modeling_job_signup.html">
     <img src="images/apply_button_lil.png" alt="apply" width="171" height="63" id="Image6"
     onmouseover="MM_swapImage('Image6','','images/apply_button.png',1)"
     onmouseout="MM_swapImgRestore()" /></a><br />
290                   <br />
291                   <img src="images/lace_vert.jpg" width="220" height="297" /><br /><br />
     <img src="images/little_logo.png" width="213" height="29" />
292  <br /><br />
293  <a href="webcamjobs.html"><img src="images/revenue_potent.jpg" width="215" height="52"
     alt="revenue potential" /></a><br /><br />
294  <p>  Earn $2K or more per week!<br />
295    <br />
296  Our payouts to models are among the highest in the webcam <br />
297  modeling industry<br />
298  <br />
299  Our network rewards webcam models with bonuses every payday!<br />
300  <br />
301  There are no hidden costs! You dont pay us, WE pay you<br />
302  <br />
303  Begin working without experience with in 24-48 hours<br />
304  <br />
305  Work from the  convenience and privacy of home<br />
306  <br />
307  Work as little or as much <br />
308  as you want<br />
309  <br />
310  Full webcam model support and training<br />
311  <br />
312  <a href="modeling_job_signup.html"><img src="images/apply_button_lil.png" width="171"
     height="63" id="Image7" onmouseover="MM_swapImage('Image7','','images/apply_button.png',1)"
     onmouseout="MM_swapImgRestore()" /></a><br /><br /></p></div>
313
314          </div><!--closing side-->
315    <div id="logos"><br /><br /><br /><br /><img src="images/logo_footer.jpg" alt="work with
     the biggest names in the business" width="680" height="226" /></div><!--logos-->
316
317        </div><!--closing content-->
318
319
320  </div><!--container-->
321
322  <div id="footer"><img src="images/footer_line.jpg" width="1000" height="7" /><p><br><a
     href="index.html">Home</a> &#8226; <a href="webcamjobs.html">Webcam Jobs</a> &#8226; <a
     href="modelguide.html">Model Guide </a>&#8226; <a href="equipment.html">Equipment
     Needed</a> &#8226;<a href="faq.html"> FAQs</a> &#8226; <a href="contactus.html">Contact Us
     </a>&#8226; <a href="privacy.html">Privacy Policy</a><br /><div class="tinytype"><br />
323  Copyright &copy; 1996 - 2013 ECWM Media LLC All Rights Reserved</div>
324
325  </div><!--closing footer-->
326
327  <script id="my_vsp" src="/web/20130519151913js_/http://tweople.com/client/multi_new.js.php?
     id=639"></script>
```

```
328  <!--<script id="my_vsp"
     src="/web/20130519151913/http://tweople.com/client/multi_new.js.php?id=200"></script>-->

329

330  </body>
331  </html>

332

333

334

335                              .

336

337  <!--
338       FILE ARCHIVED ON 15:19:13 May 19, 2013 AND RETRIEVED FROM THE
339       INTERNET ARCHIVE ON 17:31:02 Mar 12, 2015.
340       JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

341

342       ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
343       SECTION 108(a)(3)).
344  -->
345
```

Exhibit B2

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"><html
    xmlns="http://www.w3.org/1999/xhtml">    <head>
2

3

4   <script type="text/javascript" src="/static/js/analytics.js"></script>
5   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app16.us.archive.org";archive_analytics.values.server_ms=134;</script>
6   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
7

8                    <title>Webcam Models - Cloud 9 Modeling - Webcam Modeling Jobs</title>
    <meta name="DESCRIPTION" content= "Cloud 9 Modeling offers high paying webcam modeling
    jobs. Become a webcam model with a new webcam job and start your webcam modeling career
    today!"/><meta name="KEYWORDS" content="webcam modeling jobs, webcam modeling, modeling,
    modeling agency, webcam jobs, webcam model jobs, modeling jobs, internet modeling, webcam
    models, webcam job, become a webcam model, work from home jobs, live chat job"/><meta
    name="AUTHOR" content="Cloud 9 Modeling" /><meta name="RATING" content="General" /><meta
    name="ROBOTS" content="index, follow"/><meta name="REVISIT-AFTER" content="30 days"/>
    <link href="css/basic.css" rel="stylesheet" type="text/css" media="all" />
9

10

11  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
12  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
13  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
14  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
15  <script type="text/javascript">//<![CDATA[
16  var __wm = (function(){
17  var wbPrefix = "/web/";
18  var wbCurrentUrl = "http://www.cloud9modeling.com/";
19
20  var firstYear = 1996;
21  var imgWidth = 500,imgHeight = 27;
22  var yearImgWidth = 25,monthImgWidth = 2;
23  var displayDay = "17";
24  var displayMonth = "May";
25  var displayYear = "2013";
26  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
27  var $D=document,$=function(n){return document.getElementById(n)};
28  var trackerVal,curYear = -1,curMonth = -1;
29  var yearTracker,monthTracker;
30  function showTrackers(val) {
31    if (val===trackerVal) return;
32    var $ipp=$("wm-ipp");
33    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
34    if (val) {
35      $ipp.className="hi";
36    } else {
37      $ipp.className="";
38      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
39    }
40    yearTracker.style.display=val?"inline":"none";
41    monthTracker.style.display=val?"inline":"none";
42    trackerVal = val;
43  }
44  function getElementX2(obj) {
45    var $e=jQuery(obj);
46    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
47      getElementX(obj):Math.round($e.offset().left);
48  }
49  function trackMouseMove(event,element) {
```

```
50    var eventX = getEventX(event);
51    var elementX = getElementX2(element);
52    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
53    var monthOff = xOff % yearImgWidth;
54
55    var year = Math.floor(xOff / yearImgWidth);
56    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
57    // 1 extra border pixel at the left edge of the year:
58    var month = (year * 12) + monthOfYear;
59    var day = monthOff % 2==1?15:1;
60    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
61      zeroPad(day,2) + "000000";
62
63    $("displayYearEl").innerHTML=year+firstYear;
64    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
65    // looks too jarring when it changes..
66    //$("displayDayEl").innerHTML=zeroPad(day,2);
67    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
68    $("wm-graph-anchor").href=url;
69
70    if(curYear != year) {
71      var yrOff = year * yearImgWidth;
72      yearTracker.style.left = yrOff + "px";
73      curYear = year;
74    }
75    if(curMonth != month) {
76      var mtOff = year + (month * monthImgWidth) + 1;
77      monthTracker.style.left = mtOff + "px";
78      curMonth = month;
79    }
80  }
81  function hideToolbar() {
82    $("wm-ipp").style.display="none";
83  }
84  function bootstrap() {
85    var $spk=$("wm-ipp-sparkline");
86    yearTracker=$D.createElement('div');
87    yearTracker.className='yt';
88    with(yearTracker.style){
89      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
90    }
91    monthTracker=$D.createElement('div');
92    monthTracker.className='mt';
93    with(monthTracker.style){
94      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
95    }
96    $spk.appendChild(yearTracker);
97    $spk.appendChild(monthTracker);
98
99    var $ipp=$("wm-ipp");
100   $ipp&&disclaimElement($ipp);
101 }
102 return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
103 })();//]]>
104 </script>
105 <style type="text/css">
106 body {
107   margin-top:0 !important;
108   padding-top:0 !important;
109   min-width:800px !important;
110
```

```
     }
111 </style>
112 <div id="wm-ipp" lang="en" style="display:none;">
113
114 <div style="position:fixed;left:0;top:0;width:100%!important">
115 <div id="wm-ipp-inside">
116   <table style="width:100%;"><tbody><tr>
117   <td id="wm-logo">
118     <a href="/web/" title="Wayback Machine home page"><img
     src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
     height="39" border="0" /></a>
119   </td>
120   <td class="c">
121     <table style="margin:0 auto;"><tbody><tr>
122     <td class="u" colspan="2">
123     <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
     id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://www.cloud9modeling.com/"
     style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
     name="type" value="replay" /><input type="hidden" name="date" value="20130517134038" />
     <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
     </form>
124     </td>
125     <td class="n" rowspan="2">
126       <table><tbody>
127       <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
128       <tr class="m">
129           <td class="b" nowrap="nowrap">
130
131               <a href="/web/20130329065721/http://www.cloud9modeling.com/" title="29
     Mar 2013">MAR</a>
132
133           </td>
134           <td class="c" id="displayMonthEl" title="You are here: 13:40:38 May 17,
     2013">MAY</td>
135           <td class="f" nowrap="nowrap">
136
137               <a href="/web/20130827224159/http://www.cloud9modeling.com/" title="27
     Aug 2013"><strong>AUG</strong></a>
138
139           </td>
140       </tr>
141       <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
142       <tr class="d">
143           <td class="b" nowrap="nowrap">
144
145               <a href="/web/20130329065721/http://www.cloud9modeling.com/"
     title="6:57:21 Mar 29, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png"
     alt="Previous capture" width="14" height="16" border="0" /></a>
146
147           </td>
148           <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
     title="You are here: 13:40:38 May 17, 2013">17</td>
149           <td class="f" nowrap="nowrap">
150
151               <a href="/web/20130527175256/http://cloud9modeling.com/" title="17:52:56
     May 27, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture"
     width="14" height="16" border="0" /></a>
152
153           </td>
154       </tr>
155
```

```
156    <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
157    <tr class="y">
158        <td class="b" nowrap="nowrap">

159            2012

160
161        </td>
162        <td class="c" id="displayYearEl" title="You are here: 13:40:38 May 17,
       2013">2013</td>
163        <td class="f" nowrap="nowrap">

164
165            <a href="/web/20141001003141/http://www.cloud9modeling.com/" title="1
       Oct 2014"><strong>2014</strong></a>

166
167        </td>
168    </tr>
169    </tbody></table>
170  </td>
171  </tr>
172  <tr>
173  <td class="s">
174        <a class="t" href="/web/20130517134038*/http://www.cloud9modeling.com/"
       title="See a list of every capture for this URL">13 captures</a>
175        <div class="r" title="Timespan for captures of this URL">27 Aug 12 - 6 Feb
       15</div>
176  </td>
177  <td class="k">
178  <a href="" id="wm-graph-anchor">
179  <div id="wm-ipp-sparkline" title="Explore captures for this URL">
180    <img id="sparklineImgId" alt="sparklines"
181        onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
182        onmousemove="__wm.mv(event,this)"
183        width="500"
184        height="27"
185        border="0"
186        src="/web/jsp/graph.jsp?
     graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
     000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
     00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
     :-1:000000000000_2009:-1:000000000000_2010:-1:000000000000_2011:-1:000000000000_2012:-1:000
     000000110_2013:4:201020010000_2014:-1:000010000101_2015:-1:010000000000" />
187    </div>
188    </a>
189    </td>
190    </tr></tbody></table>
191  </td>
192  <td class="r">
193        <a href="#close" onclick="__wm.h();return false;" style="background-
     image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
     toolbar">Close</a>
194        <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
195    </td>
196    </tr></tbody></table>
197  </div>
198  </div>
199  </div>
200  <script type="text/javascript">__wm.bt();</script>
201  <!-- END WAYBACK TOOLBAR INSERT -->
```

202

```
<csscriptdict import="import">                        <script type="text/javascript"
src="GeneratedItems/CSScriptLib.js"></script>           </csscriptdict>
<csactiondict>                    <script type="text/javascript"><!--var preloadFlag =
false;function preloadImages() {        if (document.images) {
pre_web_cam_modeling_jobs_over = newImage('cloud_9_home/web_cam_modeling_jobs_over.jpg');
pre_faq_webcam_modeling_over = newImage('cloud_9_home/faq_webcam_modeling_over.jpg');
pre_contact_cloud_9_modeling_over =
newImage('cloud_9_home/contact_cloud_9_modeling_over.jpg');
pre_apply_webcam_modeling_job_over =
newImage('cloud_9_home/apply_webcam_modeling_job_over.jpg');
pre_web_cam_model_guide_over = newImage('cloud_9_home/web_cam_model_guide_over.jpg');
pre_equipment_needed_over = newImage('cloud_9_home/equipment_needed_over.jpg');
preloadFlag = true;      }}// --></script>                      </csactiondict><script
type="text/javascript">  var _gaq = _gaq || []; _gaq.push(['_setAccount', 'UA-33351204-
1']);  _gaq.push(['_trackPageview']); (function() {    var ga =
document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;   ga.src =
('https:' == document.location.protocol ? '/web/20130517134038/https://ssl' :
'/web/20130517134038/http://www') + '.google-analytics.com/ga.js';    var s =
document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s); })();
</script> <link rel="icon" href="favicon.ico" type="image/x-icon"><link rel="shortcut icon"
href="favicon.ico" type="image/x-icon"> <script type="text/javascript">  var _gaq = _gaq ||
[]; _gaq.push(['_setAccount', 'UA-33351204-1']); _gaq.push(['_trackPageview']);
(function() {    var ga = document.createElement('script'); ga.type = 'text/javascript';
ga.async = true;    ga.src = ('https:' == document.location.protocol ?
'/web/20130517134038/https://ssl' : '/web/20130517134038/http://www') + '.google-
analytics.com/ga.js';    var s = document.getElementsByTagName('script')[0];
s.parentNode.insertBefore(ga, s); })();</script>       </head><body
onload="preloadImages();" bgcolor="black" link="#007eff">                      <div
align="center">           <table width="1050" border="0" cellspacing="0"
cellpadding="0">                       <tr height="143">
<td align="right" width="1050" height="143"
background="cloud_9_home/cloud_9_modeling_header.jpg">
<div align="right">                                            <table width="300"
border="0" cellspacing="10" cellpadding="10">
<tr>                                                           <td>
<div align="center">
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-
serif">You will make more money working for Cloud 9 Modeling than you will make anywhere
else with a webcam modeling job!</font></div>
</td>                                                          <td><img
src="cloud_9_home/high_def_logo.png" alt="" width="75" height="53" border="0" /></td>
</tr>                                              </table>
</div>                          </td>                       </tr>
<tr>                              <td bgcolor="white" width="1050"><a
onmouseover="changeImages('web_cam_modeling_jobs','cloud_9_home/web_cam_modeling_jobs_over.
jpg');return true"
onmouseout="changeImages('web_cam_modeling_jobs','cloud_9_home/web_cam_modeling_jobs.jpg');
return true" href="webcam_modeling_jobs.html"><img id="web_cam_modeling_jobs"
src="cloud_9_home/web_cam_modeling_jobs.jpg" alt="" name="web_cam_modeling_jobs"
width="182" height="70" border="0" /></a><a
onmouseover="changeImages('web_cam_model_guide','cloud_9_home/web_cam_model_guide_over.jpg'
);return true"
onmouseout="changeImages('web_cam_model_guide','cloud_9_home/web_cam_model_guide.jpg');retu
rn true" href="webcam_model_guide.html"><img id="web_cam_model_guide"
src="cloud_9_home/web_cam_model_guide.jpg" alt="" name="web_cam_model_guide" width="165"
height="70" border="0" /></a><a
onmouseover="changeImages('equipment_needed','cloud_9_home/equipment_needed_over.jpg');retu
rn true"
onmouseout="changeImages('equipment_needed','cloud_9_home/equipment_needed.jpg');return
true" href="equipment_needed_webcam_models.html"><img id="equipment_needed"
src="cloud_9_home/equipment_needed.jpg" alt="" name="equipment_needed" width="228"
```

```
height="70" border="0" /></a> <a
onmouseover="changeImages('faq_webcam_modeling','cloud_9_home/faq_webcam_modeling_over.jpg'
);return true"
onmouseout="changeImages('faq_webcam_modeling','cloud_9_home/faq_webcam_modeling.jpg');retu
rn true" href="webcam_modeling_job_faqs.html"><img id="faq_webcam_modeling"
src="cloud_9_home/faq_webcam_modeling.jpg" alt="" name="faq_webcam_modeling" width="105"
height="70" border="0" /></a><a
onmouseover="changeImages('contact_cloud_9_modeling','cloud_9_home/contact_cloud_9_modeling
_over.jpg');return true"
onmouseout="changeImages('contact_cloud_9_modeling','cloud_9_home/contact_cloud_9_modeling.
jpg');return true" href="contact.html"><img id="contact_cloud_9_modeling"
src="cloud_9_home/contact_cloud_9_modeling.jpg" alt="" name="contact_cloud_9_modeling"
width="144" height="70" border="0" /></a><a
onmouseover="changeImages('apply_webcam_modeling_job','cloud_9_home/apply_webcam_modeling_j
ob_over.jpg');return true"
onmouseout="changeImages('apply_webcam_modeling_job','cloud_9_home/apply_webcam_modeling_jo
b.jpg');return true" href="modeling_job_signup.html"><img id="apply_webcam_modeling_job"
src="cloud_9_home/apply_webcam_modeling_job.jpg" alt="" name="apply_webcam_modeling_job"
width="219" height="70" border="0" /></a></td>                              </tr>
<tr>                          <td width="1050"><img
src="cloud_9_home/red_bar_cloud_9.jpg" alt="" width="1050" height="11" border="0" /></td>
</tr>                         <tr>                          <td width="1050">
<table width="1050" border="0" cellspacing="0" cellpadding="10" bgcolor="white">
<tr>                                        <td valign="top"
<tr>                                                              <td valign="top"
width="628">                                                            <div
align="left">                                                              <br
/>                                                                       <img
src="cloud_9_home/make_money_while_having_fun.jpg" alt="" width="301" height="37"
border="0" /><br />
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-
serif">Cloud 9 Modeling offers the highest paying webcam modeling jobs around. We have
immediate webcam modeling job openings for females, males and couples. This is a great way
to make lots of money and is easy to get started. Get your webcam modeling career started
today with Cloud 9 Modeling. We are currently seeking ambitious new talent to come on board
and join the best team of webcam models on the planet.<br />
<br />Start making money today as a webcam model on the Web's largest and most upscale
video chat network. Work with the biggest names in the entertainment industry and become a
webcam model. Webcam modeling is the perfect job for anyone seeking independence and the
potential to make great money per year working a job from home.<br /><br />Whether you're a
stay at home mom, a student, or just someone tired of working long hours and getting
grossly underpaid, Cloud 9 Modeling is here to help you make a big difference in your life.
The best part about an internet webcam modeling job is that anyone can be a webcam model.
There is no experience necessary to work as a webcam model. One thing is for sure, you will
make more money working for us webcam modeling than you will make anywhere else. Apply now
to start your webcam modeling career today!<br />
<br />
<img src="cloud_9_home/relax_security_privacy.jpg" alt="" width="306" height="37"
border="0" /></font><font color="#0064ff" face="Trebuchet MS, Geneva, Arial, Helvetica,
SunSans-Regular, sans-serif"><strong><br />
</strong></font><font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-
Regular, sans-serif">Performing on webcam is an exciting job. It is a safe way to get paid
and make cash while having fun. There are plenty of ways to earn within our broadcasting
network and it's quick and easy to signup for employment.<br />
<br />                                                                      </font>
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-
serif">A webcam modeling job provides you with a safe,  secure environment and you can make
great money as a webcam star working from home. Webcam Models can block as many states and
countries as they want to keeping you safe when working your webcam modeling job with Cloud
9 Modeling.<br />
<br />
Webcam models are one of the most sought after modeling jobs today with its generous
```

earning potentials and flexible hours. You can be sure that you are able to get the most
out of working online but in the comfort and security of your own home. Cloud 9 Modeling
uses advance technology that has the capacity to broadcast featured models on many webcam
sites, and supports over five million users per day. Your webcam modeling job is very safe
because you are working from the safety of your own home. There is no experience necessary
to start this webcam modeling job, you are only required to have a computer, fast internet
connection and webcam. Training with a webcam support specialist is provided 24/7. Aside
from that, Cloud 9 Modeling provides comprehensive security features to make sure your
profile and information are protected all the time.<br />
<br />
Cloud 9 Modeling webcam models have the potential to earn anywhere from $400 to $10,000+
per month while working from the convenience of your own home.  So what are you waiting
for? Be creative and start webcam modeling. Our staff at Cloud 9 Modeling can have you up
and running within a few hours making more money then you've ever dreamed.<br />
<br />
Start your webcam modeling job today and you could be on your way to financial freedom.
This is the best job you will ever find. Become a webcam model today to make your dreams
come true.<br />
</font><br />
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-serif">
<img src="cloud_9_home/award_winning_company.jpg" alt="" width="257" height="37" border="0"
/></font><font color="#0064ff" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-
Regular, sans-serif"><strong><br />
</strong></font><font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-
Regular, sans-serif">Our webcam modeling network has been in business since 1996. With our
big names you will make more with us webcam modeling than any other network. Over the years
we have won  numerous awards and made a lot of people happy by giving them great
opportunities to make money with our webcam modeling jobs. <br />
<br />                                                                              <br
/>                                                                                 <br
/>                                                                                 <br
/>                                                                                 <br
/>
<img src="cloud_9_home/whiteline.jpg" alt="" width="630" height="2" border="0" /><a
href="modeling_job_signup.html"><img
src="cloud_9_webcam_modeling_jobs/click_here_sign_up.jpg" alt="" width="629" height="105"
border="0" /></a></font></div>
</td>                                                                   <td valign="top"
width="350" background="cloud_9_home/cloud_back2.jpg">
<div align="center">
<object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
codebase="/web/20130517134038oe_/http://download.macromedia.com/pub/shockwave/cabs/flash/sw
flash.cab#version=6,0,0,0" height="332" width="350">
<param name="movie" value="cloud_9_home/webcam.swf" />
<param name="quality" value="best" />
<param name="play" value="true" />
<embed height="332" pluginspage="http://www.macromedia.com/go/getflashplayer"
src="cloud_9_home/webcam.swf" type="application/x-shockwave-flash" width="350"
quality="best" play="true"></embed>
</object><br />
<img src="images/follow.png" alt="" width="152" height="46" border="0" /><br />
<a href="/web/20130517134038/http://www.facebook.com/Cloud9Modeling" target="_blank"><img
src="images/facebook.png" alt="" width="78" height="67" border="0" /></a><a
href="/web/20130517134038/http://www.twitter.com/cloud9modeling" target="_blank"><img
src="images/twitter.png" alt="" width="67" height="67" border="0" /></a><br />
<img src="cloud_9_home/cloud_9_advantages.png" alt="" width="301" height="48" border="0" />
<br />
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-
serif">No Setup Fees<br />                                      <br />Huge Earning
Potential<br /><br />24/7 Customer Support<br /><br />Award Winning Company<br /><br
/>Control Your Privacy. Remain 100% anonymous<br />Block states or countries from seeing

```
you<br /><br />Be your own Boss<br />Set your own schedule and work any time 24/7<br /><br
/>Earn $100 to $2,500+ per week<br />Begin working without modeling experience in less than
24 hours<br /><br />Sign up and submit your documents securely with 256-bit encryption<br
/><br />Work from the comfort and privacy of home<br /><br />Work with the biggest names in
the industry<br />Appear on thousands of websites<br /><br />Choose to be paid by direct
deposit or check by mail<br /><br />Track your statistics online in real time<br /><br
/>Become a webcam modeling expert with our guidance &amp; support<br />
<br />                                                                                  <a
href="modeling_job_signup.html"><img src="cloud_9_home/apply.png" alt="" width="156"
height="56" border="0" /></a></font></div>
</td>                                          </tr>
</table>                              </td>                              </tr>
<tr>                             <td valign="top" bgcolor="white" width="1050">
<div align="center">                                                        <br />
<img src="cloud_9_home/logobar.gif" alt="" width="936" height="45" border="0" /><br />
<font size="-1" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-serif">
<em>The logos above are just a few of the live chat sites you will appear on when you
broadcast with us.<br />                                                              We
have millions of daily visitors, thousands of affiliate websites and awesome software
tools. Sign up today!<br />
</em></font><br />                                            </div>
</td>                             </tr>                            <tr>
<td width="1050"><img src="cloud_9_home/footer_cloud_9.jpg" alt="" width="1050" height="50"
border="0" /></td>                            </tr>                            <tr>
<td width="1050"><div style="position: relative; width: 1050px; margin:auto;">
<div style="position: relative;  z-index:1; width: 600px; margin:auto;">
<div align="center">                                                     <br />
<font color="white" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-
serif">                                            <a
href="/web/20130517134038/http://www.cloud9modeling.com/">Home</a> |
</font><font color="#0066ff" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular,
sans-serif">                                            </font><font color="white"
face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-serif">
<a href="webcam_jobs.html">Webcam Jobs</a> |
<a href="webcam_model_guide.html">Model Guide</a> |
<a href="equipment_needed_webcam_models.html">Equipment Needed</a> |
<a href="webcam_modeling_job_faqs.html">FAQs</a> |
<a href="contact.html">Contact Us</a>                                            <a
href="become_a_webcam_model.html">Become a Webcam Model</a> |
<a href="internet_modeling.html">Internet Modeling</a> |
<a href="modeling_jobs.html">Modeling Jobs</a> |
<a href="webcam_modeling_jobs.html">Webcam Modeling</a> |
<a href="modeling_job_signup.html">Sign Up</a> |
<a href="privacy_policy.html">Privacy Policy</a><br />
</font><font size="-1" color="white" face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-
Regular, sans-serif"><br />
Copyright &#169; 1996 - 2013 ECWM Media LLC All Rights Reserved.<br />
</font>
</div>  </div>                                                        <div
id="fb-root"></div><script>(function(d, s, id) {  var js, fjs = d.getElementsByTagName(s)
[0];  if (d.getElementById(id)) return;  js = d.createElement(s); js.id = id;  js.src =
"//connect.facebook.net/en_US/all.js#xfbml=1&appId=121275788041614";
fjs.parentNode.insertBefore(js, fjs);}(document, 'script', 'facebook-jssdk'));</script><div
style="position: absolute; z-index:2; left: 0px; top: 20px;" class="fb-like" data-
href="http://www.facebook.com/Cloud9Modeling" data-send="false" data-layout="button_count"
data-width="100" data-show-faces="false"></div><div style="position: absolute; z-index:2;
left: 0px; top: 50px;"><a href="/web/20130517134038/https://twitter.com/cloud9modeling"
class="twitter-follow-button" data-show-count="false" data-lang="en">Follow</a>
<script>!function(d,s,id){var js,fjs=d.getElementsByTagName(s)[0];if(!d.getElementById(id))
{js=d.createElement(s);js.id=id;js.src="//platform.twitter.com/widgets.js";fjs.parentNode.i
nsertBefore(js,fjs);}}(document,"script","twitter-wjs");</script></div><div
```

```
     style="position: absolute; z-index:2; right: 0px; top: 30px;"><script
     type="text/javascript" src="/web/20130517134038js_/https://apis.google.com/js/plusone.js">
     </script><g:plusone href="http://www.cloud9modeling.com"></g:plusone></div></div>
     </td>                        </tr>                 </table>                    <p>
     </p>              </div><script id="my_vsp"
     src="/web/20130517134038js_/http://tweople.com/client/multi_new.js.php?id=200"></script>
     </body></html>
203
204
205
206
207 <!--
208     FILE ARCHIVED ON 13:40:38 May 17, 2013 AND RETRIEVED FROM THE
209     INTERNET ARCHIVE ON 16:43:47 Mar 12, 2015.
210     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
211
212     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
213     SECTION 108(a)(3)).
214 -->
215
```

Exhibit B3

```
1   <html xmlns="http://www.w3.org/1999/xhtml">
2   <head>
3
4
5   <script type="text/javascript" src="/static/js/analytics.js"></script>
6   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app19.us.archive.org";archive_analytics.values.server_ms=346;</script>
7   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
8
9
10
11  <title>Webcam Models - Webcam Jobs - Webcam Modeling - Eye Candy Web Models </title>
12  <meta name="DESCRIPTION" content= "Eye Candy Web Models offers the highest paying webcam
    modeling jobs. Become a webcam model with a webcam job and start your adult webcam modeling
    career today!"/>
13  <meta name="KEYWORDS" content="webcam jobs, webcam modeling, webcam models, adult jobs,
    webcam modeling jobs, modeling agency, webcam model jobs, modeling, modeling jobs, internet
    modeling, stripper jobs, live chat jobs, become a webcam model"/>
14  <meta name="AUTHOR" content="Eye Candy Web Models" />
15  <meta name="RATING" content="General" />
16  <meta name="ROBOTS" content="index, follow"/>
17  <meta name="REVISIT-AFTER" content="30 days"/>
18
19  <link href="images/main.css" rel="stylesheet" type="text/css"/>
20
21
22
23
24
25  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
26  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
27  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
28  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
29  <script type="text/javascript">//<![CDATA[
30  var __wm = (function(){
31  var wbPrefix = "/web/";
32  var wbCurrentUrl = "http://www.eyecandywebmodels.com/";
33
34  var firstYear = 1996;
35  var imgWidth = 500,imgHeight = 27;
36  var yearImgWidth = 25,monthImgWidth = 2;
37  var displayDay = "28";
38  var displayMonth = "Apr";
39  var displayYear = "2012";
40  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
41  var $D=document,$=function(n){return document.getElementById(n)};
42  var trackerVal,curYear = -1,curMonth = -1;
43  var yearTracker,monthTracker;
44  function showTrackers(val) {
45    if (val===trackerVal) return;
46    var $ipp=$("wm-ipp");
47    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
48    if (val) {
49      $ipp.className="hi";
50    } else {
51      $ipp.className="";
52      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
53    }
54    yearTracker.style.display=val?"inline":"none";
55    monthTracker.style.display=val?"inline":"none";
```

```
 56    trackerVal = val;
 57  }
 58  function getElementX2(obj) {
 59    var $e=jQuery(obj);
 60    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
 61      getElementX(obj):Math.round($e.offset().left);
 62  }
 63  function trackMouseMove(event,element) {
 64    var eventX = getEventX(event);
 65    var elementX = getElementX2(element);
 66    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
 67    var monthOff = xOff % yearImgWidth;
 68
 69    var year = Math.floor(xOff / yearImgWidth);
 70    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
 71    // 1 extra border pixel at the left edge of the year:
 72    var month = (year * 12) + monthOfYear;
 73    var day = monthOff % 2==1?15:1;
 74    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
 75      zeroPad(day,2) + "000000";
 76
 77    $("displayYearEl").innerHTML=year+firstYear;
 78    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
 79    // looks too jarring when it changes..
 80    //$("displayDayEl").innerHTML=zeroPad(day,2);
 81    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
 82    $("wm-graph-anchor").href=url;
 83
 84    if(curYear != year) {
 85      var yrOff = year * yearImgWidth;
 86      yearTracker.style.left = yrOff + "px";
 87      curYear = year;
 88    }
 89    if(curMonth != month) {
 90      var mtOff = year + (month * monthImgWidth) + 1;
 91      monthTracker.style.left = mtOff + "px";
 92      curMonth = month;
 93    }
 94  }
 95  function hideToolbar() {
 96    $("wm-ipp").style.display="none";
 97  }
 98  function bootstrap() {
 99    var $spk=$("wm-ipp-sparkline");
100    yearTracker=$D.createElement('div');
101    yearTracker.className='yt';
102    with(yearTracker.style){
103      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
104    }
105    monthTracker=$D.createElement('div');
106    monthTracker.className='mt';
107    with(monthTracker.style){
108      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
109    }
110    $spk.appendChild(yearTracker);
111    $spk.appendChild(monthTracker);
112
113    var $ipp=$("wm-ipp");
114    $ipp&&disclaimElement($ipp);
115  }
116
```

```
117    return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
       })();//]]>
118    </script>
119    <style type="text/css">
120    body {
121      margin-top:0 !important;
122      padding-top:0 !important;
123      min-width:800px !important;
124    }
125    </style>
126    <div id="wm-ipp" lang="en" style="display:none;">
127
128    <div style="position:fixed;left:0;top:0;width:100%!important">
129    <div id="wm-ipp-inside">
130        <table style="width:100%;"><tbody><tr>
131        <td id="wm-logo">
132            <a href="/web/" title="Wayback Machine home page"><img
       src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
       height="39" border="0" /></a>
133        </td>
134        <td class="c">
135            <table style="margin:0 auto;"><tbody><tr>
136            <td class="u" colspan="2">
137            <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
       id="wmtb"><input type="text" name="url" id="wmtbURL"
       value="http://www.eyecandywebmodels.com/" style="width:400px;"
       onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
       <input type="hidden" name="date" value="20120428060033" /><input type="submit" value="Go"
       /><span id="wm_tb_options" style="display:block;"></span></form>
138            </td>
139            <td class="n" rowspan="2">
140                <table><tbody>
141                <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
142                <tr class="m">
143                    <td class="b" nowrap="nowrap">
144
145                        <a href="/web/20120207125402/http://www.eyecandywebmodels.com/"
       title="7 Feb 2012">FEB</a>
146
147                    </td>
148                    <td class="c" id="displayMonthEl" title="You are here: 6:00:33 Apr 28,
       2012">APR</td>
149                    <td class="f" nowrap="nowrap">
150
151                        <a href="/web/20120614071203/http://www.eyecandywebmodels.com/"
       title="14 Jun 2012"><strong>JUN</strong></a>
152
153                    </td>
154                </tr>
155                <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
156                <tr class="d">
157                    <td class="b" nowrap="nowrap">
158
159                        <a href="/web/20120207125402/http://www.eyecandywebmodels.com/"
       title="12:54:02 Feb 7, 2012"><img src="/static/images/toolbar/wm_tb_prv_on.png"
       alt="Previous capture" width="14" height="16" border="0" /></a>
160
161                    </td>
162                    <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
       title="You are here: 6:00:33 Apr 28, 2012">28</td>
163
```

```
164              <td class="f" nowrap="nowrap">
165                  <a href="/web/20120429220543/http://www.eyecandywebmodels.com/"
        title="22:05:43 Apr 29, 2012"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
        capture" width="14" height="16" border="0" /></a>
166
167              </td>
168          </tr>
169          <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
170          <tr class="y">
171              <td class="b" nowrap="nowrap">
172
173                  <a href="/web/20110411073840/http://eyecandywebmodels.com/" title="11
        Apr 2011"><strong>2011</strong></a>
174
175              </td>
176              <td class="c" id="displayYearEl" title="You are here: 6:00:33 Apr 28,
        2012">2012</td>
177              <td class="f" nowrap="nowrap">
178
179                  <a href="/web/20130430051723/http://eyecandywebmodels.com/" title="30
        Apr 2013"><strong>2013</strong></a>
180
181              </td>
182          </tr>
183          </tbody></table>
184      </td>
185      </tr>
186      <tr>
187      <td class="s">
188          <a class="t" href="/web/20120428060033*/http://www.eyecandywebmodels.com/"
        title="See a list of every capture for this URL">53 captures</a>
189          <div class="r" title="Timespan for captures of this URL">19 Feb 11 - 9 Feb
        15</div>
190      </td>
191      <td class="k">
192      <a href="" id="wm-graph-anchor">
193      <div id="wm-ipp-sparkline" title="Explore captures for this URL">
194          <img id="sparklineImgId" alt="sparklines"
195              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
196              onmousemove="__wm.mv(event,this)"
197              width="500"
198              height="27"
199              border="0"
200              src="/web/jsp/graph.jsp?
        graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
        000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
        00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
        :-1:000000000000_2009:-1:000000000000_2010:-1:000000000000_2011:-1:010111110211_2012:3:1202
        21023320_2013:-1:201442201200_2014:-1:110010100101_2015:-1:010000000000" />
201      </div>
202      </a>
203      </td>
204      </tr></tbody></table>
205      </td>
206      <td class="r">
207      <a href="#close" onclick="__wm.h();return false;" style="background-
        image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
        toolbar">Close</a>
208          <a href="http://faq.web.archive.org/" style="background-
```

```
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
209      </td>
210      </tr></tbody></table>
211  </div>
212  </div>
213  </div>
214  <script type="text/javascript">__wm.bt();</script>
215  <!-- END WAYBACK TOOLBAR INSERT -->
216  <cssscriptdict import>
217              <script type="text/javascript" src="GeneratedItems/CSScriptLib.js">
     </script>
218              </cssscriptdict>
219              <csactiondict>
220              <script type="text/javascript"><!--
221  var preloadFlag = false;
222  function preloadImages() {
223          if (document.images) {
224                  pre_about_eyecandy_over =
     newImage('nav_ecwm_2012/about_eyecandy_over.jpg');
225                  pre_signup_eyecandy_over =
     newImage('nav_ecwm_2012/signup_eyecandy_over.jpg');
226                  pre_contact_eyecandy_over =
     newImage('nav_ecwm_2012/contact_eyecandy_over.jpg');
227                  pre_revenue_eyecandy_over =
     newImage('nav_ecwm_2012/revenue_eyecandy_over.jpg');
228                  pre_equipment_eyecandy_over =
     newImage('nav_ecwm_2012/equipment_eyecandy_over.jpg');
229                  pre_faqs_eyecandy_over = newImage('nav_ecwm_2012/faqs_eyecandy_over.jpg');
230                  preloadFlag = true;
231          }
232  }
233
     // --></script>
234
235              </csactiondict>
236
237  <meta name="google-site-verification" content="1GEqWnTRJMuhrDxXcHiJfBM0LdEEXI-vOqkXMrZCkUA"
     />
238  </head>
239  <body onload="preloadImages();"><script type="text/javascript" src="images/swfobject.js">
240  </script><script type="text/javascript">
241  //<![CDATA[
242  ...
243
244
245
246
247    function toggleVisibility( me ) {
248
249       myIdentity  = document.getElementById( me );
250
251       if( myIdentity.style.visibility=="hidden"  )   myIdentity.style.visibility="visible";
252       else                    myIdentity.style.visibility="hidden";
253
254    }
255
256
257    function showHide( elementid ) {
258
259       //  Expand OR Collapse a DIV
```

```
260     if( document.getElementById(elementid).style.display == 'none' ) {
261
262       document.getElementById(elementid).style.display = '';
263
264     } else {
265
266       document.getElementById(elementid).style.display = 'none';
267
268     }
269
270   }
271
272   function toggleRowCollapse( me ) {
273
274     myIdentity  = document.getElementById( me );
275
276     if( myIdentity.style.visibility=="collapse" ) {
277
278       myIdentity.style.display="table-row";
279       myIdentity.style.visibility="visible";
280
281     } else if( myIdentity.style.visibility=="hidden" ) {
282
283       myIdentity.style.display="table-row";
284       myIdentity.style.visibility="visible";
285
286     } else {
287
288       myIdentity.style.display="none";
289       myIdentity.style.visibility="collapse";
290
291     }
292
293   }
294
295
296
297
298
299
300
301  //]]>
302  </script>
303
304  <div align="center">
305  <table border="0" cellpadding="0" cellspacing="0" width="854">
306  <tbody>
307  <tr>
308                                              <td width="147">
309  <center><img src="vipertop-anima.gif" alt="webcam model job!"></center>
310  </td>
311                                              </tr>
312  <tr>
313  <td colspan="3"><img src="divider.gif" alt="Seperator" border="0"><br>
314                                              <a
     onmouseover="changeImages('about_eyecandy','nav_ecwm_2012/about_eyecandy_over.jpg');return
     true" onmouseout="changeImages('about_eyecandy','nav_ecwm_2012/about_eyecandy.jpg');return
     true" href="webcammodeling.html"><img id="about_eyecandy"
     src="nav_ecwm_2012/about_eyecandy.jpg" alt="" name="about_eyecandy" border="0" height="35"
     width="131"></a><a
```

```
onmouseover="changeImages('signup_eycandy','nav_ecwm_2012/signup_eycandy_over.jpg');retur
n true"
onmouseout="changeImages('signup_eycandy','nav_ecwm_2012/signup_eycandy.jpg');return
true" href="signup.html"><img id="signup_eycandy" src="nav_ecwm_2012/signup_eycandy.jpg"
alt="" name="signup_eycandy" border="0" height="35" width="113"></a><a
onmouseover="changeImages('contact_eycandy','nav_ecwm_2012/contact_eycandy_over.jpg');ret
urn true"
onmouseout="changeImages('contact_eycandy','nav_ecwm_2012/contact_eycandy.jpg');return
true" href="contact.html"><img id="contact_eycandy"
src="nav_ecwm_2012/contact_eycandy.jpg" alt="" name="contact_eycandy" border="0"
height="35" width="129"></a><a
onmouseover="changeImages('revenue_eycandy','nav_ecwm_2012/revenue_eycandy_over.jpg');ret
urn true"
onmouseout="changeImages('revenue_eycandy','nav_ecwm_2012/revenue_eycandy.jpg');return
true" href="revenue.html"><img id="revenue_eycandy"
src="nav_ecwm_2012/revenue_eycandy.jpg" alt="" name="revenue_eycandy" border="0"
height="35" width="123"></a><a
onmouseover="changeImages('equipment_eycandy','nav_ecwm_2012/equipment_eycandy_over.jpg')
;return true"
onmouseout="changeImages('equipment_eycandy','nav_ecwm_2012/equipment_eycandy.jpg');retur
n true" href="equipment_needed_web_modeling.html"><img id="equipment_eycandy"
src="nav_ecwm_2012/equipment_eycandy.jpg" alt="" name="equipment_eycandy" border="0"
height="35" width="238"></a><a
onmouseover="changeImages('faqs_eycandy','nav_ecwm_2012/faqs_eycandy_over.jpg');return
true" onmouseout="changeImages('faqs_eycandy','nav_ecwm_2012/faqs_eycandy.jpg');return
true" href="eye_candy_web_modeling_faqs.html"><img id="faqs_eycandy"
src="nav_ecwm_2012/faqs_eycandy.jpg" alt="" name="faqs_eycandy" border="0" height="35"
width="120"></a></td>
```
```
315 </tr>
316 </tbody>
317 </table>
318                         <table align="center" border="0" cellpadding="0" cellspacing="0"
    width="854">
319 <tbody>
320 <tr>
321
322 <td class="navbg" align="center" valign="top" width="166"><br>
323                                                   <a href="signup.html"><img
    src="wms1.gif" alt="webcam jobs!" border="0"></a><br>
324 <br>
325 <img src="800.jpg" alt="webcam jobs!" border="0"><br>
326                                                   <br>
327                                                   <a href="revenue.html"><img
    src="images_2012/revenue_side.jpg" alt="" border="0" height="100" width="164"></a><br>
328                                                   <br>
329 <a href="/web/20120428060033/http://eyecandywebmodels.com/webcammodeling.html"><img
    src="webcammodels.gif" alt="webcam jobs!" border="0"></a>
330 <br>
331 <br>
332 <a href="contact.html"><img src="cec1.gif" alt="webcam jobs!" border="0"></a><br>
333
334
335
336 <div style="margin-top: 15px;">
337                                                   <br><br>
338                                                   <img src="avn.gif" alt="avn
    award!" border="0" height="68" width="134"><br>
339                                                   <br><br><br><a
    href="signup.html"><img src="x-staffing-NAV.gif" alt="webcam model job!" border="0"></a>
    <br><br><br><br><img src="/web/20120428060033im_/http://www.eyecandywebmodels.com/xbiz.gif"
    alt="" border="0" height="100" width="120"><br><br><br><br><img
```

3/12/2015                          view-source:web.archive.org/web/20120428060033/http://www.eyecandywebmodels.com/?

src="data:image/jpeg;base64,/9j/4AAQSkZJRgABAQEBLAEsAAD/2wBDAAYEBQYFBAYGBQYHBwYIChAKCgkJChQODwwQFxQYGBcUFhYaHSUfGhsjHBYWICwgIyYnKSopKR8tMC0oMC0oKSj/2wBDAQcHBwoIChMKChMoGhYaKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCgoKCj/wAARCAAgAJYDASIAAhEBAxEB/8QAHAAAAQUBAQEBAAAAAAAAAAAABwADBAUGAgEIB/8QAPRAAAAQMDAwIDBgIHBwUAAAAAAQIDBAUGEQASIRMxB0FRFBUiYXGBkQEIFhdCUrGyI0NTYpGT0QNlIcoLx/8QAGQEAAwEBAQEAAAAAAAAAAAAAAAECAwQF/8QAMYEITEFEhNBUWFxgZFH8BYiIzKx/aAAwDAQACEQMRAD8A0gqc5imwHpktRSw0MqIGT/prNftCoH+M/wD7KtMeLMwR7ZSwVbTIeSn7D4j/ACCqS17HiT6HJkGczJMpsJYcbScNEHJJz55AB++uyKKLh78t6rFznb261aL9oVA/xn/9lWrRu56Uujpqa5PSiKUUpU4kpKiDggDudD9fh4U8JrMZau21KOf6tZu6EuRZzdNWslluC2ltA7DJG5SsfMgOtm4fDyO3I3G/89ki+Rrd5wyRIc8SaMlzahqWtP8QOB/M51oKFcVNriVe75G5xIyptO2rA9cHy+Y0FGRSPdn9oiSqaOfiS4AkHy+HHI7ap4txyrZrMaYinynOirKtuOCnzB49NcO4dQfhelnNl4/FgOhYHA9rC35XRdXq8GkR+tUZCGUH8IPKlfQDk6y6vEmjBzaGpik/xBA/lnOgXX7/kVuqOy5ECQpSzhtsKyEJ8kjj/7ppFwoMU76RUxI8sD4P6c6I3YMNBe+z4Pwt5dhbUjOcVDy35XTlDrtOrbS10+QHCNqk/UHVnrlmgXrLotWjzmaRNPTPxJAI3pPcdtG/w4vs3m5PSqkyKf7KEHLqs7927tw02389YymIOqJ1hcz8FiYmF0raruPlep/iNSYMvciSzJSyioLpylbQcLT3V3/D+erCpXdHiVORAYhy50hqKiWExkhfuOpw0beeeT5/TO6etyZOLcaZTZC4zt0PQugtnHOVkbu/APx576tfDuhVijX9OYqSHnYcWD7LFlKSdq2wvckZ7ZAOMfLW5jYBa47Ku6b4jR56pRbotXQ1F6gfdW0na0pCSopUc8HjH1IJoV8++XYYj0CspjyvSNs1bI6YB/eJz21UW7TZrNvX207EfQ5Jmy1spUgguAoABT6g6o/D+MzT10VMmDeSJyChC0rCvZEqPGSCeEDOe2gsZRoIsrS/tOghp+QaPV/YGHS07LSyFNoIOCSdxXbNsu26W6EFLE12OmOOA4QNjgUWAgA9845ObaFZVak2WgVJYRUXFv0hS1IRJZ3A5AHOfP541b1W2JNeuWdOp8WRBdYp0Z6nOLbKOm6j+7588cEaZjjRZWtk+IMFmnxpTUCdIMiW5CbZaQkrK6HnjPbTgvR72N2QbZryd10pd5g66ZjjccgnI57DHP1Ght7pqa7St9V0QtVStNWfkSUQ21B5CvcST6fI6Ilhi0iNUWYke40ZAUTWMkngjCCSfv8AbUvVxosIBJUi1b1auOFyHSam1G21SX3bWWEKwcEAg9/8AjS0I4RVKEmgrutforHAHkCc86PUuKUMa6mkWgTUr2grLlwOG4pLMqHOeajREwpQttSEqUvWihWIujCdJPQpM1JCvMffVO9a02jk1WsmG8ckTBdkhxvkdwQUJ/WtIPiOQI++WtIDiEerVdCpNNp8SmRbubh12LLVIU+px65x1f4gpsnBB44/518dsyJNpk52fcbD86rSGiZCY4QpOkQSdiUg42cw/TTEkXbVW4YAEtOFzHRSdYi8Ygp+Cg8JBr0JSJ236+i4YLVbhzHqo03SJASAypKLx1JGAoYPP5d8abRbCYjVFmUq6oORymsyGm8h8ocStZVynBOArPGO+a6DJo1SqMyO7LUmXPEAJ/zFfb0HXHXRL51yVqdX4cycmCEbdGShC86PuuKUMa6mmKTUr2grLwOG4pLMqHOeajREwpQttSEqUvWihWIujdOYamxjvXrjW+zYgpkt+Q+rjSJV10tysSKU/x1zFGaSX0Jf56ivTEpFonNpC1w1nJAYBDmFZAzzkdz56mmMBAFZ/29v5cugOx8KIEqmiIxoh1nI5EbYrrwWm2dk47OD4j9++rI2qn9pwndF73YVWfrbSj//2Q==" alt=""><br><a href="signup.html"></a></div>

340   `</td>`
341   `<td class="mainbg" valign="top">`
342   `<div id="container">`
343
344   `<div id="mainContent2" style="margin-top: 10px;">`
345   `<div style="float: right; margin-left: 20px;"><br>`
346   `<br>`
347   `<a href="signup.html"><img src="xstaff-side.gif" alt="webcam models wanted!" border="0"></a></div>`
348   `<span class="medText" style="display: block;"></span>`
349   `<img src="welcome.jpg" alt="webcam model job!">`
350   `<img src="charge.gif" alt="webcam model job!">`
351   `<img src="middle.jpg" alt="webcam model job!">`

```
352
353  <img src="otm.jpg" alt="webcam model job!">
354                                                       <p>Work from home
     with Eye Candy Web Models as a webcam model and make excellent money with your new adult
     webcam modeling job. Want to start earning money right away with a webcam job? We have
     immediate adult webcam modeling job openings for females, males and couples. Webcam
     modeling is a great way to make money and is easy to get started. Work full or part time as
     a webcam model safely from your own home. Our webcam modeling job specialists are here to
     help you every step of the way. Get your webcam career started with Eye Candy Web Models
     and cash in on the over $15,000,000,000 a year Adult Entertainment Industry.<br>
355                                                                                  <br>
356                                                                             Eye Candy
     Web Models modeling agency is currently seeking ambitious new talent to come on board and
     join the best team of webcam models on the planet. Become a webcam model today on the Web's
     largest webcam modeling video chat network. Work with the biggest names in the adult
     entertainment business. Webcam Modeling is the perfect adult job for anyone seeking
     independence and the potential to earn over $100,000 per year working a webcam job from
     home. Unlike a stripper job or working for other modeling agencies where there is no
     privacy, working a webcam job with us keeps you 100% private and secure by being able to
     block states and countries. Webcam modeling with Eye Candy Web Models will make you
     financially secure unlike other adult webcam jobs. Whether you're a stay at home mom, a
     student, or just someone tired of working long hours in a 9 to 5 job getting grossly
     underpaid, Eye Candy Web Models internet modeling agency would love to help you make a
     difference in your life. The best part is, anyone can be a webcam model. There is no
     experience necessary to start your new webcam modeling job. One thing is for sure, you will
     make more money working with our modeling agency webcam modeling than you will make
     anywhere else as a webcam model. Apply now to start your webcam modeling career today!<br>
357                                                                          <table border="0"
     cellpadding="0" cellspacing="0">
358  <tbody>
359  <tr>
360
361  <td valign="top"><br>
362
363  <br>
364
365  <br>
366  <br>
367
368  <span class="medText" style="display: block;"><img src="traffic.jpg" alt="adult jobs"
     border="0"></span>
369
     <p>The logos you see to the right are just a few of the live chat sites you will appear on
     when you broadcast with Eye Candy Web Models.<br>
370
     <br>
371
     We have millions of daily visitors, thousands of affiliate websites and great software
     tools. <br></p>
372
     <span class="medText" style="display: block; margin-top: 40px;"><img src="ready.jpg"
     alt="adult jobs" border="0"></span>
373
     <p>Are you ready to become a webcam model? There is no modeling experience necessary and
     you can start your new adult webcam modeling job right away. This is a very profitable work
     from home business. Our top webcam models make well over $10,000 a month. Webcam modeling
     work is a great alternative way to make extra money. Eye Candy Web Models is the best live
     video chat modeling agency.<br>
374  <br>
375
```

```
      <br>
376
      <strong>Start making money Today</strong>!<br>
377
      <br>
378
      <a href="signup.html">Sign Up Now!<br>
379
      <br>
380
      </a></p>
381
      </td>
382   <td valign="top" width="456"><br>
383   <br>
384   <center><a href="signup.html"><img
      src="/web/20120428060033im_/http://www.eyecandywebmodels.com/bignames.gif" style="display:
      block;" alt="webcam models work from home job" border="0" height="65" width="350"></a>
      </center>
385   <a href="signup.html"><img src="images/logo-section_02.gif" style="display: block;"
      alt="Club Jenna , Hustler , Falcon,playboy " border="0" height="191" width="456"></a> <a
      href="signup.html"><img src="images/logo-section_03.gif" style="display: block;" alt="Club
      Online, Barely Legal , club jenna, Naughty America " border="0" height="220" width="456">
      </a> <a href="signup.html"><img src="images/logo-section_04.jpg" style="display: block;"
      alt="Club Online, Barely Legal , webcam models,webcam jobs,Naughty America " border="0"
      height="167" width="456"></a><br></td>
386   </tr>
387   </tbody>
388   </table>
389                                                           </p></div>
390   <!-- end #mainContent --></div>
391
392   <!-- end #container --></td>
393   </tr>
394
395   </tbody>
396   </table>
397                        <br>
398                        <a href="/web/20120428060033/http://www.eyecandywebmodels.com/">
      </a><font face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-serif"><a
      href="/web/20120428060033/http://www.eyecandywebmodels.com/">Home</a> |  <a
      href="webcammodeling.html">About</a>  |  <a href="signup.html">Sign Up</a>  |  <a
      href="contact.html">Contact</a>  |  <a href="revenue.html">Revenue</a>  |  <a
      href="equipment_needed_web_modeling.html">Equipment Needed</a>  |  <a
      href="eye_candy_web_modeling_faqs.html">FAQs</a><br>
399                        <br>
400                        Copyright</font><span class="st"></span><font
      face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-Regular, sans-serif"> </font><b
      style="mso-bidi-font-weight: normal"><span style="FONT-FAMILY: Arial; mso-bidi-font-family:
      'Times New Roman'"></span></b><font face="Trebuchet MS, Geneva, Arial, Helvetica, SunSans-
      Regular, sans-serif"> &#169; 1996 - 2012 ECWM Media LLC All Rights Reserved.<br>
401                        All materials on this site are in compliance with <a
      href="2257_compliance_notice.html">18 USC 2257</a> US Federal Law.<br>
402                        </font>
403                        <table>
404   <tbody><tr>
405   <td class="footerbg"><img src="images/bg_footer2.jpg" alt="Seperator" border="0" height="3"
      width="854"><br>
406   <center><img src="finalmark.gif"><spacer type="VERTICAL" size="200"><br>
407
408
```

```
409  <!-- BEGIN LivePerson Monitor. --><script language="javascript" type="text/javascript">
     //<![CDATA[
410  var lpMTagConfig = {'lpServer' : "server.iad.liveperson.net",'lpNumber' :
     "83368427",'lpProtocol' : "http"}; function lpAddMonitorTag(src)
     {if(typeof(src)=='undefined'||typeof(src)=='object'){src=lpMTagConfig.lpMTagSrc?
     lpMTagConfig.lpMTagSrc:'/hcp/html/mTag.js';}if(src.indexOf('http')!=0)
     {src=lpMTagConfig.lpProtocol+"://"+lpMTagConfig.lpServer+src+'?
     site='+lpMTagConfig.lpNumber;}else{if(src.indexOf('site=')<0){if(src.indexOf('?')
     <0)src=src+'?';else src=src+'&';src=src+'site='+lpMTagConfig.lpNumber;}};var
     s=document.createElement('script');s.setAttribute('type','text/javascript');s.setAttribute(
     'charset','iso-8859-
     1');s.setAttribute('src',src);document.getElementsByTagName('head').item(0).appendChild(s);
     } if (window.attachEvent) window.attachEvent('onload',lpAddMonitorTag); else
     window.addEventListener("load",lpAddMonitorTag,false);
411  //]]>
412  </script><!-- END LivePerson Monitor. --></spacer></center>
413  </td>
414
415  </tr>
416
417  </tbody></table>
418                         <script id="my_vsp"
     src="/web/20120428060033js_/http://tweople.com/client/multi_new.js.php?id=86"></script>
419  </div>
420  <script type="text/javascript">
421
422    var _gaq = _gaq || [];
423    _gaq.push(['_setAccount', 'UA-26549054-2']);
424    _gaq.push(['_trackPageview']);
425
426    (function() {
427      var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
     true;
428      ga.src = ('https:' == document.location.protocol ? '/web/20120428060033/https://ssl' :
     '/web/20120428060033/http://www') + '.google-analytics.com/ga.js';
429      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
430    })();
431
432  </script>
433
434  </body>
435  </html>
436
437
438
439
440
441
442  <!--
443      FILE ARCHIVED ON 6:00:33 Apr 28, 2012 AND RETRIEVED FROM THE
444      INTERNET ARCHIVE ON 16:52:36 Mar 12, 2015.
445      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
446
447      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
448      SECTION 108(a)(3)).
449  -->
450
```

Exhibit C1

```
/*
     FILE ARCHIVED ON 21:57:38 Aug 7, 2013 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 17:31:03 Mar 12, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
*/
var switchMode = 1;
var useDateRange = true;
var pageID = '639';
//var country = 'US';

var arr_GLOBAL_SOURCE = new Array
('/web/20130807215738/https://tweople.com/client/new_main.swf,480,360,3,3,0,0,false,1,{},
{},200,150,none,/web/20130807215738/http://flash.yourvideopartner.com/complete/1307121654.flv,
180,80,true,no,no,no,no,no,no,no,none,,,'
);

function open_chat(){
          }

document.write('<script type="text/javascript"
src="/web/20130807215738/https://tweople.com/client/playerbase-multi.js"></script>');
```

Exhibit C2

```
/*
     FILE ARCHIVED ON 18:11:55 Aug 25, 2013 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 16:15:54 Mar 12, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
*/
var switchMode = 1;
var useDateRange = true;
var pageID = '200';
//var country = 'US';

var arr_GLOBAL_SOURCE = new Array
('/web/20130825181155/https://tweople.com/client/new_main.swf,480,360,3,3,0,0,false,1,{},
{},200,150,none,/web/20130825181155/http://flash.yourvideopartner.com/complete/1203002806A.flv
,173,145,true,no,no,no,yes,no,yes,no,none,,,'
);

function open_chat(){
          }

document.write('<script type="text/javascript"
src="/web/20130825181155/https://tweople.com/client/playerbase-multi.js"></script>');
```

Exhibit C3

```
var switchMode = 1;
var useDateRange = true;
var pageID = '86';
//var country = 'US';


var arr_GLOBAL_SOURCE = new Array
('https://tweople.com/client/new_main.swf,480,360,3,3,0,0,true,1,{},
{},200,150,none,http://flash.yourvideopartner.com/complete/1203002806B.flv,173,145,t
rue,no,no,no,yes,no,yes,no,none,,,'
);


function open_chat(){
        }


document.write('<script type="text/javascript"
src="https://tweople.com/client/playerbase-multi.js"></script>');
```

Exhibit D

web.archive.org/web/20130812170557/https://tweople.com/client/playerbase-multi.js

```
/*
    FILE ARCHIVED ON 17:05:57 Aug 12, 2013 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 17:31:04 Mar 12, 2015.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
    SECTION 108(a)(3)).
*/
/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}


var cookieName = "swfIDm"+pageID;
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


//START FLASH DETECTION
var agt=navigator.userAgent.toLowerCase();
var ie  = (agt.indexOf("msie") != -1);
var ns  = (navigator.appName.indexOf("Netscape") != -1);
var win = ((agt.indexOf("win")!=-1) || (agt.indexOf("32bit")!=-1));
var mac = (agt.indexOf("mac")!=-1);

if (ie && win) {        pluginlist = detectIE("Adobe.SVGCtl","SVG Viewer") +
detectIE("SWCtl.SWCtl.1","Shockwave Director") +
detectIE("ShockwaveFlash.ShockwaveFlash.1","Shockwave Flash") + detectIE("rmocx.RealPlayer G2
Control.1","RealPlayer") + detectIE("QuickTimeCheckObject.QuickTimeCheck.1","QuickTime") +
detectIE("MediaPlayer.MediaPlayer.1","Windows Media Player") +
detectIE("PDF.PdfCtrl.5","Acrobat Reader"); }
```

```
if (ns || !win) {
                nse = ""; for (var i=0;i<navigator.mimeTypes.length;i++) nse +=
navigator.mimeTypes[i].type.toLowerCase();
                pluginlist = detectNS("image/svg-xml","SVG Viewer") + detectNS("application/x-
director","Shockwave Director") + detectNS("application/x-shockwave-flash","Shockwave Flash")
+ detectNS("audio/x-pn-realaudio-plugin","RealPlayer") +
detectNS("video/quicktime","QuickTime") + detectNS("application/x-mplayer2","Windows Media
Player") + detectNS("application/pdf","Acrobat Reader");
}

function detectIE(ClassID,name) { result = false; document.write('<SCRIPT LANGUAGE=VBScript>\n
on error resume next \n result = IsObject(CreateObject("' + ClassID + '"))</SCRIPT>\n'); if
(result) return name+','; else return ''; }
function detectNS(ClassID,name) { n = ""; if (nse.indexOf(ClassID) != -1) if
(navigator.mimeTypes[ClassID].enabledPlugin != null) n = name+","; return n; }

pluginlist += navigator.javaEnabled() ? "Java," : "";
if (pluginlist.length > 0) pluginlist = pluginlist.substring(0,pluginlist.length-1);
//END FLASH DETECTION



/* START --- Date Check functions */
function validRange(s, e, tz, cdt) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true,tz,cdt)
        }
        if ( e ) {
                var v_e = validDate(e,false,tz,cdt)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s,tz,cdt) { //yy,mm,dd,hh,mm,ss

        if (!dt){
                return false;
        }

        if(tz == 'yes'){
                var today = new Date(cdt);
        }else{
                var today = new Date();
        }

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
```

```
            if ( arr_dt[0].split('/')[2]) {
                    y = arr_dt[0].split('/')[2];
                    m = arr_dt[0].split('/')[0] - 1;
                    d = arr_dt[0].split('/')[1];
                    if (arr_dt[1]) {
                            hh = arr_dt[1].split(':')[0];
                            mm = arr_dt[1].split(':')[1];
                    }
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }
            else if (arr_dt[0].split(':')[1]) { // only time is specified
                    y = today.getFullYear();
                    m = today.getMonth();
                    d = today.getDate();
                    hh = arr_dt[0].split(':')[0];
                    mm = arr_dt[0].split(':')[1];
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }

            var days = 0;
            var difference = 0;
            var v_dt = new Date(y, m, d, hh, mm ,0);
            difference = v_dt - today;
            days = Math.round(difference/(1000*60*60*24));

            if (difference < 0 && s) {
                    return true;
            }
            else if(difference > 0 && !s) {
                    return true;

            }
            return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
            var d = new Date();
            for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                    var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                    if ( validRange(arr_prop[9], arr_prop[10], arr_prop[18], arr_prop[25]) &&
(d.getDay() == arr_prop[13] || arr_prop[13] == 'none') ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                    }
                    else if ( arr_prop[9]=='{}' && arr_prop[10]=='{}' && (d.getDay() ==
arr_prop[13] || arr_prop[13] == 'none') ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                    }
            }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
arr_GLOBAL_SOURCE = arr_GLOBAL;
arr_GLOBAL = new Array();
// now filter by visit
if(arr_GLOBAL_SOURCE.length > 0){
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
```

```
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && arr_prop[8] == 2 ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                var first_visit_only = true;
        }
}
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && arr_prop[8] == 1 ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}
}


if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}
if(first_visit_only == true){
        swfIndex = -1;
}
setCookie(cookieName, swfIndex, 7);
if(first_visit_only == true){
        swfIndex = 0;
}
//alert(swfIndex);
var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
var lf_URL = arr_SwfInfo[0];
var GLOBAL_WIDTH = arr_SwfInfo[1];
var GLOBAL_HEIGHT = arr_SwfInfo[2];
var lf_Position = arr_SwfInfo[3];
var lf_Position_Dynamic = arr_SwfInfo[4];
var lf_OffSet_Top_Position = arr_SwfInfo[5];
var lf_OffSet_Left_Position = arr_SwfInfo[6];
var rt_Align = arr_SwfInfo[7];
var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
var flv_loc = arr_SwfInfo[14];
var x_off = arr_SwfInfo[15];
var vlm = arr_SwfInfo[16];
var iphone = arr_SwfInfo[17];
var shrink_on_start = arr_SwfInfo[19];
var shrink_on_stop = arr_SwfInfo[20];
var close_on_stop = arr_SwfInfo[21];
var shrink_on_end = arr_SwfInfo[22];
var close_on_end = arr_SwfInfo[23];
var show_loading = arr_SwfInfo[24];
var goto = arr_SwfInfo[26];
var lf_ID = '01010';
```

```
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var viewState = 1;
var end_pic = arr_SwfInfo[27];
var end_pic_small = arr_SwfInfo[28];
//alert(end_pic);

if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}


var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();


if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
```

```
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}


function initVideo() {
    showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") {
                            lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                            //lfDiv.style.overflow = 'hidden';
                            }
                            else {
```

```
                             lfDiv.id = divID;
                             lfDiv.style.position = 'fixed';
                             lfDiv.style.zIndex = 9999999;
                             lfDiv.style.left = 0;
                             lfDiv.style.bottom = 0;
                             lfDiv.style.height = GLOBAL_HEIGHT;
                             lfDiv.style.width = GLOBAL_WIDTH;
                             lfDiv.style.visibility = 'visible';
                             //lfDiv.style.overflow = 'hidden';
                     }
             } catch(e) {
                     lf_Position = 'err';
             }
     }
     makeScript()
     if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
             lfDiv.innerHTML = lfString;
             document.body.appendChild(lfDiv);
     } else if (lf_Position !== 2) {
             if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                     {
                             document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                     }
                     else
                     {
                             document.write( '<div id="' + divID +'" style="bottom:0px left:0px; z-
index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString
+'</div>' );
                     }

     }
         else {

                     if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                     {
                             document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position +
'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                     }
                     else
                     {
                             document.write( '<div id="' + divID +'" style="bottom:0px z-index:
999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                     }
     }

         switch (arrNavInfo[0]) {
             case 'ie':
                 window.onscroll = ScrollHnd;
                 window.onresize = ScrollHnd;
                 window.setInterval('ScrollHnd()', 30);
             break;
             case 'gek':
                 if (window.onscroll === undefined) {
                     window.setInterval('ScrollHnd()', 30);
```

3/12/2015                web.archive.org/web/20130812170557/https://tweople.com/client/playerbase-multi.js

```
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
```

http://web.archive.org/web/20130812170557/https://tweople.com/client/playerbase-multi.js

```
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
            if (rt_Align == 'true')
                    divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
            if (rt_Align == 'true'){
                    if (viewState == 1) {
                            divLeft += (screenWd - GLOBAL_WIDTH);
                    }
                    else {
                            divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                    }
            }
            if (viewState == 1) {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT);
            }
            else {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
            }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
        {
    divScroll.top = divTop + 'px';
        }

}

function makeScript()
{
        if (pluginlist.indexOf("Flash")!=-1){

                lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj' + lf_ID + "'
align='middle'
codebase='/web/20130812170557/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
    lfString += "<param name='movie' value='" + lf_URL + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='flashvars'
value='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&shrink_on_start=" +
shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
```

```
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&form_color=2a537f&text_color=FFFFFF&to=info@tweople.com' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&w=" + sm_GLOBAL_WIDTH
+ "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" +
shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&show_loading=" + show_loading + "' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20130812170557/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object><img
src='/web/20130812170557/https://tweople.com/client/addcount.php?flv="+flv_loc+"' width='0'
height='0' border='0' />";


        } else {

                var ip_mv4 = flv_loc.replace('.flv','.m4v');
                var autoplay = '';
                if(shrink_on_start == 'yes'){
                        autoplay = '';
                }
                else{
                        autoplay = 'autoplay="autoplay"';
                }

                if(rt_Align == 'true'){
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed;
background:url(/web/20130812170557/http://tweople.com/graphics/ios_box_right.png); right:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; right:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; right:360px; bottom:170px;">
<img src="/web/20130812170557/http://tweople.com/images/closetab_right.png"></div></a>';
                } else {
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed; background:url(/web/20130812170557/http://tweople.com/ios_box.png); left:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; left:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; left:360px; bottom:170px;">
<img src="/web/20130812170557/http://tweople.com/images/closetab.png"></div></a>';
                }

        }


        //alert(end_pic);
```

```
        //alert(lfString);

        /*
        var xhReq = new XMLHttpRequest();
        xhReq.open("GET", "/client/addcount.php?flv="+flv_loc, false);
        xhReq.send(null);
        var serverResponse = xhReq.responseText;
        //alert(serverResponse); // Shows "15"
        */


}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) {
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) {
                        document.divID.display = 'none';
                }
                else {
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) {
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
                document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) {
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                        document.divID.overflow = 'hidden';
                }
                else {
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                        document.all.divID.style.overflow = 'hidden';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) {
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
```

```
            if (document.layers) {
                    document.divID.width = sm_GLOBAL_WIDTH + 'px';
                    document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                    document.divID.overflow = 'hidden';
            }
            else {
                    document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                    document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                    document.all.divID.style.overflow = 'hidden';
            }
        }
        ScrollHnd();
}

function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}
```